No. A–285 (O. T. 1995).  THOMPSON, AS NEXT FRIEND OF INGLE *v.* FRENCH, WARDEN.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

SEPTEMBER 26, 1995

No. 95–5016.  JACKSON *v.* JONES, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari dismissed under this Court's Rule 46.

No. 95–25.  SILVA ET AL. *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari dismissed as to Edward Silva and Silva Harvesting under this Court's Rule 46.

No. 95–5076.  VAUGHN *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

SEPTEMBER 27, 1995

No. A–241 (O. T. 1995).  OWENS-CORNING FIBERGLAS CORP. *v.* REKDAHL ET UX.  Application for stay of judgment, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted to the extent that the execution and enforcement of the punitive damages portion of the judgment of the Court of Appeal of California, Second Appellate District, Division Three, case No. B068259, entered on May 25, 1995, and modified on June 20, 1995, is stayed pending the timely filing and disposition by this Court of a petition for writ of certiorari.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. A–302 (O. T. 1995).  STOCKTON *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.